# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 18-20338-GLT |
| William Bonchak, Jr. | ) | Chapter 13 |
|    Debtor | ) | Doc No. __ |
| William Bonchak, Jr. | ) | |
|    Movant | ) | Response: 10/9/2018 |
| vs | ) | Hearing: 11/7/2018 at 10:30 a.m. |
| Keith Reddix | ) | |
|    Respondent | ) | |

## DEBTOR'S MOTION TO VACATE A NON JURY VERDICT
## SECURED IN VIOLATION OF THE BANKRUPTCY AUTOMATIC STAY
## AND TO HOLD RESPONDENT IN CONTEMPT OF COURT

The Debtor/Movant, William Bonahcak, Jr., herein, by and through his attorneys, Bryan P. Keenan & Associates, P.C. and Bryan P. Keenan, Esquire, request that the Non Jury Verdict entered in Violation of the be vacated and in support thereof, respectfully represent:

1. One January 31, 2018, the Debtor/Movant, William Bonchak, hereinafter referred to as "Movant" filed an emergency petition under Chapter 13 of the Bankruptcy Code an order for relief was entered which prevents the Respondent from:

- The commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against Debtor(s) or a Co-debtor that was or could have been commenced before the commencement of this case;

- Any collections attempts including written or telephonic regarding any debts that arose prior to the commencement of this case;

- The enforcement, against the Debtor or a Co-Debtor against property of the Debtor, the Bankruptcy estate, or Co-Debtor in connection with any judgment secured prior to the commencement of this case;

- Any attempt to create, perfect, or enforce any lien against property of the Debtor, the Bankruptcy estate and Co-debtor in connection with any lien which secures a claim that arose prior to the commencement of this case.

2. The Respondent, Keith Reddix, was listed as a creditor at the time this case was filed.

3. On May 2, 2018 the Respondent filed a complaint in violation of the Bankruptcy Automatic Stay in the court of Common Pleas of Allegheny County at AR-18-001482.

4. On May 29, 2018 the Movant was served a copy of the Complaint.

5. On June 6, 2018 Debtor's Counsel filed a Suggestion of Bankruptcy with the court of Common Pleas at docket number AR-18-001482. A true and correct copy of the Suggestion of Bankruptcy is annexed hereto as Exhibit "A."

6. On September 5, 2018 a Non-Jury Verdict was entered in violation of the Bankruptcy Automatic Stay. A true and correct copy of the Motion is annexed hereto as Exhibit "B".

7. A true and correct copy of the Court docket filed at AR-18-001482 is annexed hereto as Exhibit "C".

**WHEREFORE,** the Movant prays that this Court will enter and Order:

a. To vacate the September 5, 2018 Non-Jury Verdict entered in the Court of Commonpleas of Allegheny county at docket number AR-18-001482 and the underling complaint.

b. To Hold Respondent guilty of civil contempt by violating the automatic stay granted herein on January 31, 2018, for its actions on May 2, 2018 and September 5, 2018;

c. To Award Movant compensatory and punitive damages, plus a attorney's fees costs in the amount of $750.00 pursuant to 11 U.S.C. § 362(h) and for contempt of Court.

Date: **September 19, 2018**   /s/ Bryan P. Keenan
**Bryan P. Keenan, Esquire**
**Attorney for the Debtor**
**PA I.D. No. 89053**
Bryan P. Keenan & Associates, P.C.
993 Greentree Road, Suite 101
Pittsburgh, PA 15220
(412) 922-5116
keenan662@gmail.com