# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:** | ) | **Bankruptcy No. 18-20338-GLT** |
| **William Bonchak Jr.** | ) | **Chapter 13** |
|     **Debtor** | ) | **Doc No. __** |
| | ) | **Response Due: 2/15/2021** |
| **Bryan Keenan, Esquire** | ) | **Hearing date: 3/10/2021** |
|     **APPLICANT** | ) | |
| **vs.** | ) | |
|     **No Respondent(s)** | ) | |

## CERTIFICATION OF NO OBJECTION ON
## APPLICATION OF BRYAN P. KEENAN, ESQUIRE FOR
## INTERIM COMPENSATION AND REIMBURSEMENT
## OF EXPENSES AS COUNSEL FOR THE DEBTOR

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application filed on **January 28, 2021** has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Hearing, objections to the Application were to be filed and served no later than **February 15, 2021**

It is hereby respectfully requested that the Order attached to the Application be entered by the Court.

**Date: February 17, 2021**　　　　　　　　　　/s/ Bryan P. Keenan
　　　　　　　　　　　　　　　　　　　　　　　Bryan P. Keenan, PA ID No. 89053
　　　　　　　　　　　　　　　　　　　　　　　Bryan P. Keenan & Associates P.C.
　　　　　　　　　　　　　　　　　　　　　　　**Attorney for Debtor**
　　　　　　　　　　　　　　　　　　　　　　　993 Greentree Road, Suite 101
　　　　　　　　　　　　　　　　　　　　　　　Pittsburgh, PA 15220
　　　　　　　　　　　　　　　　　　　　　　　(412) 922-5116
　　　　　　　　　　　　　　　　　　　　　　　keenan662@gmail.com