## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:** | ) | **Bankruptcy No. 18-20338-GLT** |
| **William Bonchak Jr.** | ) | **Chapter 13** |
|    **Debtor** | ) | **Doc No.** |
| **William Bonchak Jr.** | ) | |
|    **Movant** | ) | **Response: 2/22/2021** |
| **vs** | ) | **Hearing: 3/10/2021** |
| **PNC BANK NA, PNC BANK NA,** | ) | **at 10:30 a.m.** |
| **County of Allegheny, Stowe Rox School District,** | ) | |
| **Stowe Township, Internal Revenue Service,** | ) | |
| **Commonwealth of Pennsylvania** | ) | |
| **Ronda J. Winnecour, Chapter 13 Trustee** | ) | |
|    **Respondents** | ) | |

### CERTIFICATION OF NO OBJECTION ON
**DEBTOR'S MOTION TO SELL REAL PROPERTY FREE AND CLEAR
OF ALL MORTGAGES, LIENS AND ENCUMBRANCES
MORTGAGES, LIENS AND ENCUMBRANCES IN ACCORDANCE WITH LOCAL
BANKRUPTCY RULE 6004-2**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on **February 3, 2021** has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than **February 22, 2021**

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

**Date: February 23, 2021**　　　　　　　　　　　**/s/ Bryan P. Keenan**
　　　　　　　　　　　　　　　　　　　　　　　　Bryan P. Keenan, PA ID No. 89053
　　　　　　　　　　　　　　　　　　　　　　　　Bryan P. Keenan & Associates P.C.
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Debtor
　　　　　　　　　　　　　　　　　　　　　　　　993 Greentree Road, Suite 101
　　　　　　　　　　　　　　　　　　　　　　　　Pittsburgh, PA 15220
　　　　　　　　　　　　　　　　　　　　　　　　(412) 922-5116
　　　　　　　　　　　　　　　　　　　　　　　　keenan662@gmail.com