FILED
2/24/21 9:52 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: ) | Bankruptcy No. 18-20338-GLT | |
| William Bonchak Jr. ) | Chapter 13 | |
| Debtor ) | Doc No. | |
| William Bonchak Jr. ) | | |
| Movant ) | Response: 2/22/2021 | |
| vs ) | Hearing: 3/10/2021 | |
| PNC BANK NA, PNC BANK NA, ) | at 10:30 a.m. | |
| County of Allegheny, Stowe Rox School District, ) | | |
| Stowe Township, Internal Revenue Service, ) | | |
| Commonwealth of Pennsylvania ) | Related to Docket No. 81 | |
| Ronda J. Winnecour, Chapter 13 Trustee ) | | |
| Respondents ) | | |

**AMENDED ORDER CONFIRMING CHAPTER 13 SALE OF PROPERTY**
**FREE AND CLEAR OF ALL MORTGAGES, LIENS AND ENCUMBRANCES,**

**AND NOW**, this ___24th Day of February,___ , 2021 on consideration of the Motion for Sale of Property Free and Divested of Liens to Austin Sicilia and Megan Robinson with a mailing address of 74 Glenn Way Mckess Rocks, PA 15136 for *$93,000.00**\**, after a **Zoom Video Conference Hearing** held, this date, the Court finds:

(1) Service at service of the *Notice of Hearing* and *Order* setting hearing on said *Motion/Complaint* for private sale of real property free and divested of liens of the above named Respondents, was effected on the following secured creditors whose liens are recited in said *Motion/Complaint* for private sale, viz:

| **DATE OF SERVICE** | **NAME OF LIENOR AND SECURITY** |
|---|---|
| 2/9/2021 | PNC Bank, N.A. (1st mortgage related to claim 17-2 by ECF and regular mail) |
| 2/9/2021 | PNC Bank, N.A. (2nd mortgage related to claim 19-2 by ECF and regular mail) |

\* - Subject to a seller's assist of 3% as indicated in the purchase agreement

| **DATE OF SERVICE** | **NOTICE ONLY/ NO LIEN** |
|---|---|
| 2/9/2021 | County of Allegheny, by ECF and regular mail |
| 2/9/2021 | Sto Rox School District, by ECF and regular mail |
| 2/9/2021 | Sto Rox Township, by ECF and regular mail |
| 2/9/2021 | Ronda J. Winnecour, Chapter 13 Trustee - by ECF, |
| 2/9/2021 | United States Trustee's Office, by ECF |
| 2/9/2021 | Commonwealth of Pennsylvania<br>c/o Arnold A. Barnabei, Esquire,<br>Office of Chief Counsel,<br>PA Dept Rev., Dept. 281061,<br>Harrisburg, PA 17128-1061, U.S. Mail |
| 2/9/2021 | Internal Revenue Service<br>c/o Jill L. Locnikar, Esq,<br>Assistant United States Attorney,<br>US Post Office & Courthouse,<br> 700 Grant St. Suite 4000,<br>Pittsburgh, PA 15219, U.S. Mail |

(2) That sufficient general notice of said hearing and sale, together with the confirmation hearing thereon, was given to the creditors and parties in interest by the moving party as shown by the certificate of serviced duly filed and that the named parties were duly served with the Motion/Complaint.

(3)    The Sale will bring in sufficient monies to pay his ALLOWED unsecured creditors 100%; and, therefore, the Court authorized the sale of said property without Advertisement in accordance with Local Rule 6004-2.

(4) That at the sale hearing the highest/best offer received was that of the above Purchaser(s) and no objections to the sale were made which would result in cancellation of said sale.

(5) That the price of $93,000.00* offered by Austin Sicilia and Megan Robinson *(Buyers)* was a full and fair price for the property in question.

(6) That the Purchaser(s) has acted in good faith with respect to the within sale in accordance with *In re Abbotts Dairies of Pennsylvania, Inc.*, 788 F2d. 143 (3d Cir. 1986).

2. IT IS ORDERED, ADJUDGED AND DECREED that the private sale by (Warranty) deed of the real property described in the Motion as 139 William Circle McKees Rocks, PA 15136 is hereby confirmed to for **$93,000.00*** free and divested of the liens herein described; and, that the (Movant), William Bonchak Jr., shall make, execute and deliver to the purchaser above named the necessary deed and/or other documents required to transfer title to the property purchased upon compliance with the terms of sale

**IT IS FURTHER ORDERED** that the liens, claims and interests of all Respondents, including but not limited to PNC Bank N.A., which encumber the real estate to be sold, be, and they hereby are divested from the property being sold, if and to the extent they may be determined to be valid liens against the sold property, and transferred to the proceeds of sale, and that the within decreed sale shall be free, clear and divested of said liens, claims and interests;

**FURTHER ORDERED** that after due notice to the claimants, lien creditors, and interest holders, and no objection on their parts having been made or, if made, resolved/overruled, the incidental and related costs of sale and of the within bankruptcy proceeding, shall be paid in advance of any distribution to said lien creditors.

**FURTHER ORDERED** that applicable real estate taxes and ordinary closing costs, municipal lien claims, including the realtor commission approved by the Court as itemized below, shall immediately be paid at closing. Failure of the closing agent to timely make disbursement required by this Order will subject the closing agent to monetary sanctions after notice and hearing.

(1) The following lien(s)/claim(s) of William Bonchak Jr., in the combined amount of on or around $38,585.01 shall be paid at closing:

\* - Subject to a seller's assist of 3% as indicated in the purchase agreement

    a. PNC Bank N.A. (1st Mortgage)        $34,567.92
    b. PNC Bank N.A. (2nd Mortgage)       $4,017.09

(2) Estimated closing expenses:        **$3,888.75**

    a) **Deed Prep**    $225.00
    b) **Courier fee:**    $11.75
    c) **Tax Certification**    $125.00
    d) **Wire Fee:**    $17.00
    e) **Satisfaction Fees:**    $300.00
    f) **Notary Fee:**    $10.00
    g) **State and Local Transfer Tax; $3,200.00**

The actual amounts shall be determined at closing, which shall require Payment in full of (a) all current real estate taxes and municipal claims, both of which shall be pro-rated between Buyer and Seller through the date of closing.

(3) The Reimbursement of court filing fee payable to    **$188.00**
"Bryan P. Keenan & Associates, *993 Greentree Road,
Suite 101,Pittsburgh, PA. 15220*" estimated at;

(4) Attorney Fees in connection with the filing of this Motion    **$750.00**
payable to "Bryan P. Keenan & Associates, *993 Greentree Road,
Suite 101,Pittsburgh, PA. 15220*" estimated at;

(5) Administrative fees pending before the Court    **$3,141.80 \***
payable to "Bryan P. Keenan & Associates, *993 Greentree Road,
Suite 101,Pittsburgh, PA. 15220*" estimated at;

\* Subject to court approval. There is a fee application pending before the court, which was filed on January 28, 2021 for the period from January 25, 2018 through January 27, 2021 for an additional $3,141.80. Responses are due February 16, 2021.

(6) Chapter 13 Trustee "percentage fees" payable    **$279.26**
to "*Ronda J. Winnecour, Ch. 13 Trustee, P.O. Box 2587,
Pittsburgh, PA. 15230*;"

(7) Funds payable to "*Ronda J. Winnecour, Ch. 13 Trustee*"    **$21,549.96**
    PO Box 84051Chicago, IL 60689-4002. *

\* These funds, after deduction of Trustee Fees, shall be used to pay 100% of the general unsecured non-priority creditors owed by William Bonchak Jr. in the combined remaining balance to be paid of $20,149.22.

     (7)  Estimated Net proceeds payable to William Bonchak Jr.,  **$24,617.22**

     **FURTHER ORDERED** that the Movant shall serve a copy of the within Order on each Respondent (i.e., each party against whom relief is sought) and its attorney of record, if any, upon any attorney or party who answered the motion or appeared at the hearing, the attorney for the debtor, the purchaser, and the attorney for the purchaser, if any, and file a certificate of service.

     **FURTHER ORDERED** that closing shall occur within thirty (30) days of this Order and the Movant shall file a report of sale within seven (7) days following closing.

     **FURTHER ORDERED** that this Confirmation Order survives any dismissal or conversion of the within case.

                   By the Court

                     _____
                     Honorable Gregory L. Taddonio
                     United States Bankruptcy Judge

**ENTERED BY DEFAULT**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-20338-GLT |
| William Bonchak, Jr. | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dpas | Page 1 of 2 |
| Date Rcvd: Feb 24, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2021:**

**Recip ID          Recipient Name and Address**
db              +  William Bonchak, Jr., 13 Warble Drive, Mc Kees Rocks, PA 15136-1857

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2021            Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC Bank National Association bnicholas@kmllawgroup.com |
| Bryan P. Keenan | on behalf of Debtor William Bonchak Jr. keenan662@gmail.com, melindap662@gmail.com |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com cnoroski@grblaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Maria Miksich | on behalf of Creditor PNC Bank National Association mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

District/off: 0315-2 | User: dpas | Page 2 of 2
Date Rcvd: Feb 24, 2021 | Form ID: pdf900 | Total Noticed: 1

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

Thomas Song
    on behalf of Creditor PNC Bank National Association pawb@fedphe.com

Thomas Song
    on behalf of Creditor PNC BANK N.A. pawb@fedphe.com

TOTAL: 10