FILED
3/5/21 8:44 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 18-20338-GLT |
| **William Bonchak Jr.** | ) | Chapter 13 |
|     Debtor | ) | Doc No. __ |
| | ) | Response Due: 2/15/2021 |
| **Bryan Keenan, Esquire** | ) | Hearing date: 3/10/2021 |
|     APPLICANT | ) | |
| vs. | ) | |
|     No Respondent(s) | ) | |

### ORDER OF COURT

AND NOW, to-wit, this 5th Day of March, 2021, upon consideration of the Application of Bryan Keenan, Esquire for Interim Compensation and Reimbursement of Expenses as Counsel for the Debtors, it is hereby ORDERED that fees and expenses be approved for their services rendered and expenses incurred for the period from January 25, 2018 through January 27, 2021 in the total amount of $7,641.80 which represents $7,139.55 in attorney fees and $502.25 in costs.

Counsel for the debtor has previously received $4,500.00, which represents $4,000.00 for fees and $500.00 for expenses incurred, which shall be deducted form the total approved fees and costs.

**IT IS FURTHER ORDERED** that the remaining balance of $3,141.80 shall be paid by the Chapter 13 Trustee.

Additional fees may be paid through the Chapter 13 plan provided that debtor(s) amend the plan within 14 days after the application for fees is allowed to increase the plan payment sufficiently to include those fees. The fees must be paid from debtor(s) resources without decreasing the percentage or amount to be paid to other creditors through the plan.

BY THE COURT

_____
Honorable Gregory L. Taddonio    dm
UNITED STATES BANKRUPTCY JUDGE

**ENTERED BY DEFAULT**

The Clerk shall record the total award of compensation in the amount of $7,641.80 which includes $7,139.55 in fees and $502.25 in expenses.

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-20338-GLT |
| William Bonchak, Jr. | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dpas | Page 1 of 2 |
| Date Rcvd: Mar 05, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 07, 2021:**

**Recip ID        Recipient Name and Address**
db           +  William Bonchak, Jr., 13 Warble Drive, Mc Kees Rocks, PA 15136-1857

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 07, 2021                                Signature:         /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 5, 2021 at the address(es) listed below:**

**Name**                          **Email Address**

Brian Nicholas
                                  on behalf of Creditor PNC Bank National Association bnicholas@kmllawgroup.com

Bryan P. Keenan
                                  on behalf of Debtor William Bonchak  Jr. keenan662@gmail.com, melindap662@gmail.com

Jeffrey R. Hunt
                                  on behalf of Creditor County of Allegheny jhunt@grblaw.com  cnoroski@grblaw.com

Keri P. Ebeck
                                  on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Maria Miksich
                                  on behalf of Creditor PNC Bank National Association mmiksich@kmllawgroup.com

Office of the United States Trustee
                                  ustpregion03.pi.ecf@usdoj.gov

District/off: 0315-2 | User: dpas | Page 2 of 2
Date Rcvd: Mar 05, 2021 | Form ID: pdf900 | Total Noticed: 1

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

Thomas Song
    on behalf of Creditor PNC Bank National Association pawb@fedphe.com

Thomas Song
    on behalf of Creditor PNC BANK N.A. pawb@fedphe.com

TOTAL: 10