IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | Bankruptcy No. 18-20338-GLT |
| William Bonchak Jr. ) | Chapter 13 |
| Debtor ) | Doc No. |
| William Bonchak Jr. ) | |
| Movant ) | |
| No Respondent ) | |

### DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. Include whichever one of the two following statements applies:

   **XX The Debtor is not required to pay any Domestic Support Obligations**

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On **April 11, 2018**, at docket number **30,** the Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

   This Certification is being signed under penalty of perjury by **undersigned Counsel duly questioned the Debtor about the statements in this Certification and verified the answers in support of this Certification.]**

Dated:  **April 6, 2021**                                    /s/Bryan P. Keenan
                                                                              **Bryan P. Keenan, PA ID # 89053**
                                                                              **Bryan P. Keenan & Associates, P.C.**
                                                                              **Attorneys for Debtor**
                                                                              **993 Greentree Road, Suite 101**
                                                                              **Pittsburgh, PA 15220**
                                                                              **(412)-922-5116**
                                                                              **keenan662@gmail.com**