**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>WILLIAM BONCHAK, JR. | Case No. 18-20338GLT |
| Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee, | Chapter 13 |
| Movant<br>vs.<br>PNC BANK NA | Document No __ |
| Respondents | |

**NOTICE OF FUNDS ON RESERVE**

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The creditor has informed the Trustee that the account has been paid in full. No further payments will be issued on this debt unless the creditor provides timely notice to the Trustee that this information was in error and acknowledges that it will accept future payments.

NO PROOF OF SATISFACTION PROVIDED.

| | |
|---|---|
| PNC BANK NA<br>POB 94982<br>CLEVELAND, OH 44101 | Court claim# 19-2/Trustee CID# 10 |

The Movant further certifies that on 04/14/2021 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc: debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| DEBTOR(S): | DEBTOR'S COUNSEL: |
|---|---|
| WILLIAM BONCHAK, JR., 4750 MAMIE STREET, NORTON, OH 44203-6144 | BRYAN P KEENAN ESQ, BRYAN P KEENAN & ASSOC PC, 993 GREENTREE RD STE 101, PITTSBURGH, PA  15220 |
| : PHELAN HALLINAN DIAMOND & JONES LLP++, 1 PENN CENTER PLZ STE 1400, 1617 JFK BLVD, PHILADELPHIA, PA  19103 | ORIGINAL CREDITOR: PNC BANK NA, POB 94982, CLEVELAND, OH  44101 |
| ORIGINAL CREDITOR'S COUNSEL: ROBERTSON ANSCHULTZ & SCHNEID PL, 133 GAITHER DR STE F, MT LAUREL, NJ  08054 | |
| NEW CREDITOR: | |