| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **William Bonchak Jr.** | Social Security number or ITIN  xxx–xx–2517 |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | |
| Case number: | **18–20338–GLT** | |

# Order of Discharge                                                                                                                12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

William Bonchak Jr.

<u>8/13/21</u>                                                                           **By the court:**      <u>Gregory L. Taddonio</u>
                                                                                                                     United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-20338-GLT |
| William Bonchak, Jr. | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dpas | Page 1 of 4 |
| Date Rcvd: Aug 13, 2021 | Form ID: 3180W | Total Noticed: 57 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | William Bonchak, Jr., 13 Warble Drive, Mc Kees Rocks, PA 15136-1857 |
| cr | + | County of Allegheny, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6101 |
| 14766788 | + | Allegheny County, c/o Jordan Tax Service, 102 Rahway Dr, Canonsburg, PA 15317-3349 |
| 14809530 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14766796 | ++ | CREDIT PROTECTION ASSOCIATION LP, PARKWAY CENTER V, 2500 DALLAS PARKWAY SUTIE 500, PLANO TX 75093-4805 address filed with court:, Credit Protection Assoc, RE: Peoples Natural Gas, 13355 Noel Rd. Ste 2100, Dallas, TX 75240 |
| 14794452 | + | County of Allegheny, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 14766797 | + | Creditech, Re: Stowe Township Sewage, PO Box 99, Bangor, PA 18013-0099 |
| 14766798 | + | Creditech/Cbalv, Attn:Collections, Po Box 99, Bangor, PA 18013-0099 |
| 14766800 | | Discover Financial, c/o Weltman, Weinberg & Reis Co. LPA, 436 7th Avenue, Ste 2500, Pittsburgh, PA 15219-1842 |
| 14766801 | + | Duqesne Light, Payment Processing Center, P.O. Box 10, Pittsburgh, PA 15267-0001 |
| 14778529 | + | Fifth Third Bank, PO Box 9013, Addison, Texas 75001-9013 |
| 14766804 | | Heritage Valley Health System, 720 Blackburn Rd, Sewickley, PA 15143-1498 |
| 14766805 | + | Jn Portfolio Debt Equities, LLC, Attn: Bankruptcy, 5757 Phantom Dr. Ste 225, Hazelwood, MO 63042-2429 |
| 14852871 | + | Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 14766807 | + | Mag. Distc No. 5-03-06, MDJ Name: Hon. Mary A. Cercone, 104 Linden Avenue, Mc Kees Rocks, PA 15136-3505 |
| 14779787 | + | McKeesRocks Boro, c/o Jordan Tax Service, 102 Rahway Road, Canonsburg, PA 15317-3349 |
| 14766808 | | Mercantile Adjustment Bureau, LLC, Re: Kohls Department Stores Inc., 165 Lawrence Bell, Suite 100, Buffalo, NY 14221-7900 |
| 14766810 | + | Peoples Natural Gas, PO Box 644760, Pittsburgh, PA 15264-4760 |
| 14792637 | + | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14766811 | | Pnc Bank, Attn: Bankruptcy, PO Box 1366, Pittsburgh, PA 15230-1366 |
| 14779786 | + | Sto-Rox School District, c/o Jordan Tax Service, 102 Rahway Road, Canonsburg, PA 15317-3349 |
| 14766815 | | Stowe Township, c/o Berkheimer, P.O. Bo25153, Lehigh Valley, PA 18002-5153 |
| 14766817 | + | Transworld Systems, Re: Community Medicine, PO Box 17221, Pittsburgh, PA 15235-0221 |
| 14766818 | + | Tucker Arensberg, P.C., c/o Brett A. Solomon, Esquire, 1500 One PPG Place, Pittsburgh, PA 15222-5413 |
| 14806336 | | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14779773 | + | Untied Collection Bureau, Inc., Re: Chase Bank USA, N.A., PO Box 1418, Maumee, OH 43537-8418 |
| 14766819 | + | Valley Waste Service Inc., PO Box 837, Mars, PA 16046-0837 |
| 14766821 | | Waypoint Resource Group, Comcast, PO Box 8588, Round Rock, TX 78683-8588 |
| 14766822 | | West View Water Authority, PO Box 747107, Pittsburgh, PA 15274-7105 |

TOTAL: 29

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | EDI: PENNDEPTREV | Aug 14 2021 03:18:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 13 2021 23:13:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | EDI: PENNDEPTREV | Aug 14 2021 03:18:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: |

Case 18-20338-GLT    Doc 107    Filed 08/15/21    Entered 08/16/21 00:34:25    Desc
Imaged Certificate of Notice    Page 4 of 6

| District/off: 0315-2 | User: dpas | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Aug 13, 2021 | Form ID: 3180W | Total Noticed: 57 |

| | | | | |
|---|---|---|---|---|
| | | | | BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 13 2021 23:13:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| 14796792 | | EDI: BECKLEE.COM | Aug 14 2021 03:08:00 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14766789 | + | EDI: AMEREXPR.COM | Aug 14 2021 03:08:00 | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 14766790 | + | EDI: BANKAMER.COM | Aug 14 2021 03:08:00 | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 14780288 | | EDI: BL-BECKET.COM | Aug 14 2021 03:18:00 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14766792 | + | EDI: CITICORP.COM | Aug 14 2021 03:08:00 | Citibank North America, 50 Northwest Point Road, Elk Grove Village, IL 60007-1032 |
| 14766793 | + | EDI: CITICORP.COM | Aug 14 2021 03:08:00 | Citibank/Goodyear, Citicorp Credit Srvs/Centralized Bankrup, Po Box 790040, St. Louis, MO 63179-0040 |
| 14766794 | + | EDI: COMCASTCBLCENT | Aug 14 2021 03:08:00 | Comcast, PO Box 719, Toledo, OH 43697-0719 |
| 14766795 | + | EDI: COMCASTCBLCENT | Aug 14 2021 03:08:00 | Comcast Cable, PO Box 3005, Southeastern, PA 19398-3005 |
| 14779774 | + | EDI: CCS.COM | Aug 14 2021 03:18:00 | Credit Collection Services, Re: PNC Bank, 725Canton Street, Norwood, MA 02062-2679 |
| 14770370 | | EDI: DISCOVER.COM | Aug 14 2021 03:08:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14766799 | + | EDI: DISCOVER.COM | Aug 14 2021 03:08:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14806701 | + | Email/Text: kburkley@bernsteinlaw.com | Aug 13 2021 23:13:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14766802 | + | Email/Text: bknotice@ercbpo.com | Aug 13 2021 23:13:00 | ERC/Enhanced Recovery Corp, Attn: Bankruptcy, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 14766803 | + | Email/Text: collectionbankruptcies.bancorp@53.com | Aug 13 2021 23:13:00 | Fifth Third Bank, Attn: Bankruptch Department, 1830 E Paris Ave Se, Grand Rapids, MI 49546-8803 |
| 14766791 | | EDI: JPMORGANCHASE | Aug 14 2021 03:08:00 | Chase Card Services, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 14766806 | + | Email/Text: PBNCNotifications@peritusservices.com | Aug 13 2021 23:13:00 | Kohls/Capital One, Kohls Credit, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14785775 | + | EDI: MID8.COM | Aug 14 2021 03:18:00 | MIDLAND FUNDING LLC, PO BOX 2011, Warren MI 48090-2011 |
| 14766809 | | Email/Text: NCI_bankonotify@ncirm.com | Aug 13 2021 23:13:00 | Nationwide Credit , Inc., PO Box 10354, Des Moines, IA 50306-0354 |
| 14826098 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 13 2021 23:13:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 14766812 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 13 2021 23:13:00 | Pnc Bank, PO Box 5570, Cleveland, OH 44101-0570 |
| 14766813 | | EDI: PRA.COM | Aug 14 2021 03:18:00 | Portfolio Recovery, Po Box 41067, Norfolk, VA 23541 |
| 14778283 | | EDI: PRA.COM | Aug 14 2021 03:18:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |

| District/off: 0315-2 | User: dpas | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 13, 2021 | Form ID: 3180W | Total Noticed: 57 |

| | | | | |
|---|---|---|---|---|
| 14768176 | + | EDI: RECOVERYCORP.COM | Aug 14 2021 03:18:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14766816 | + | Email/Text: bankruptcydepartment@tsico.com | Aug 13 2021 23:13:00 | Transworld Sys Inc/51, RE: Heritage Valley Emergency Ph, Po Box 15618, Wilmington, DE 19850-5618 |
| 14802555 | | EDI: AIS.COM | Aug 14 2021 03:18:00 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14766820 | + | EDI: VERIZONCOMB.COM | Aug 14 2021 03:08:00 | Verizon, Attn: Wireless Bankrupty Admin, 500 Technology Dr Ste 500, Weldon Springs, MO 63304-2225 |

TOTAL: 30

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC Bank National Association |
| 14766814 | | Sto-Rox School District |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |

TOTAL: 2 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2021         Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC Bank National Association bnicholas@kmllawgroup.com |
| Bryan P. Keenan | on behalf of Debtor William Bonchak Jr. keenan662@gmail.com, melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com cnoroski@grblaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Maria Miksich | on behalf of Creditor PNC Bank National Association mmiksich@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: dpas | Page 4 of 4 |
| Date Rcvd: Aug 13, 2021 | Form ID: 3180W | Total Noticed: 57 |

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

Thomas Song
    on behalf of Creditor PNC Bank National Association pawb@fedphe.com

Thomas Song
    on behalf of Creditor PNC BANK N.A. pawb@fedphe.com


TOTAL: 10