**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
8/13/21 8:24 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
   WILLIAM BONCHAK, JR.

         Debtor(s)

   Ronda J. Winnecour
         Movant
         vs.
   No Repondents.

Case No.:18-20338

Chapter 13

Related to Docket No. 101

## ORDER OF COURT

AND NOW, this _____ 13th Day of August, 2021 _____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE
drb

**ENTERED BY DEFAULT**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-20338-GLT |
| William Bonchak, Jr. | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dpas | Page 1 of 3 |
| Date Rcvd: Aug 13, 2021 | Form ID: pdf900 | Total Noticed: 55 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++       Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | William Bonchak, Jr., 13 Warble Drive, Mc Kees Rocks, PA 15136-1857 |
| cr | + | County of Allegheny, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6101 |
| 14766788 | + | Allegheny County, c/o Jordan Tax Service, 102 Rahway Dr, Canonsburg, PA 15317-3349 |
| 14796792 | | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14766789 | + | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 14766790 | + | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 14809530 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14766796 | ++ | CREDIT PROTECTION ASSOCIATION LP, PARKWAY CENTER V, 2500 DALLAS PARKWAY SUTIE 500, PLANO TX 75093-4805 address filed with court:, Credit Protection Assoc, RE: Peoples Natural Gas, 13355 Noel Rd. Ste 2100, Dallas, TX 75240 |
| 14780288 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14794452 | + | County of Allegheny, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 14766797 | + | Creditech, Re: Stowe Township Sewage, PO Box 99, Bangor, PA 18013-0099 |
| 14766798 | + | Creditech/Cbalv, Attn:Collections, Po Box 99, Bangor, PA 18013-0099 |
| 14766800 | | Discover Financial, c/o Weltman, Weinberg & Reis Co. LPA, 436 7th Avenue, Ste 2500, Pittsburgh, PA 15219-1842 |
| 14766801 | + | Duqesne Light, Payment Processing Center, P.O. Box 10, Pittsburgh, PA 15267-0001 |
| 14778529 | + | Fifth Third Bank, PO Box 9013, Addison, Texas 75001-9013 |
| 14766804 | | Heritage Valley Health System, 720 Blackburn Rd, Sewickley, PA 15143-1498 |
| 14766805 | + | Jn Portfolio Debt Equities, LLC, Attn: Bankruptcy, 5757 Phantom Dr. Ste 225, Hazelwood, MO 63042-2429 |
| 14852871 | + | Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 14766807 | + | Mag. Distc No. 5-03-06, MDJ Name: Hon. Mary A. Cercone, 104 Linden Avenue, Mc Kees Rocks, PA 15136-3505 |
| 14779787 | + | McKeesRocks Boro, c/o Jordan Tax Service, 102 Rahway Road, Canonsburg, PA 15317-3349 |
| 14766808 | | Mercantile Adjustment Bureau, LLC, Re: Kohls Department Stores Inc., 165 Lawrence Bell, Suite 100, Buffalo, NY 14221-7900 |
| 14766810 | + | Peoples Natural Gas, PO Box 644760, Pittsburgh, PA 15264-4760 |
| 14792637 | + | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14766811 | | Pnc Bank, Attn: Bankruptcy, PO Box 1366, Pittsburgh, PA 15230-1366 |
| 14779786 | + | Sto-Rox School District, c/o Jordan Tax Service, 102 Rahway Road, Canonsburg, PA 15317-3349 |
| 14766815 | | Stowe Township, c/o Berkheimer, P.O. Bo25153, Lehigh Valley, PA 18002-5153 |
| 14766817 | + | Transworld Systems, Re: Community Medicine, PO Box 17221, Pittsburgh, PA 15235-0221 |
| 14766818 | + | Tucker Arensberg, P.C., c/o Brett A. Solomon, Esquire, 1500 One PPG Place, Pittsburgh, PA 15222-5413 |
| 14806336 | | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14779773 | + | Untied Collection Bureau, Inc., Re: Chase Bank USA, N.A., PO Box 1418, Maumee, OH 43537-8418 |
| 14766819 | + | Valley Waste Service Inc., PO Box 837, Mars, PA 16046-0837 |
| 14766821 | | Waypoint Resource Group, Comcast, PO Box 8588, Round Rock, TX 78683-8588 |
| 14766822 | | West View Water Authority, PO Box 747107, Pittsburgh, PA 15274-7105 |

TOTAL: 33

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14766792 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 13 2021 23:26:47 | Citibank North America, 50 Northwest Point Road, Elk Grove Village, IL 60007-1032 |
| 14766793 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 13 2021 23:26:40 | Citibank/Goodyear, Citicorp Credit Srvs/Centralized Bankrup, Po Box 790040, St. |

Case 18-20338-GLT   Doc 108   Filed 08/15/21   Entered 08/16/21 00:34:25   Desc
Imaged Certificate of Notice   Page 3 of 4

| District/off: 0315-2 | User: dpas | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 13, 2021 | Form ID: pdf900 | Total Noticed: 55 |

| | | | | |
|---|---|---|---|---|
| | | | | Louis, MO 63179-0040 |
| 14766794 | + | Email/Text: documentfiling@lciinc.com | Aug 13 2021 23:13:00 | Comcast, PO Box 719, Toledo, OH 43697-0719 |
| 14766795 | + | Email/Text: documentfiling@lciinc.com | Aug 13 2021 23:13:00 | Comcast Cable, PO Box 3005, Southeastern, PA 19398-3005 |
| 14779774 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Aug 13 2021 23:13:00 | Credit Collection Services, Re: PNC Bank, 725Canton Street, Norwood, MA 02062-2679 |
| 14770370 | | Email/Text: mrdiscen@discover.com | Aug 13 2021 23:13:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14766799 | + | Email/Text: mrdiscen@discover.com | Aug 13 2021 23:13:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14806701 | + | Email/Text: kburkley@bernsteinlaw.com | Aug 13 2021 23:13:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14766802 | + | Email/Text: bknotice@ercbpo.com | Aug 13 2021 23:13:00 | ERC/Enhanced Recovery Corp, Attn: Bankruptcy, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 14766803 | + | Email/Text: collectionbankruptcies.bancorp@53.com | Aug 13 2021 23:13:00 | Fifth Third Bank, Attn: Bankruptch Department, 1830 E Paris Ave Se, Grand Rapids, MI 49546-8803 |
| 14766791 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Aug 13 2021 23:26:45 | Chase Card Services, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 14766806 | + | Email/Text: PBNCNotifications@peritusservices.com | Aug 13 2021 23:13:00 | Kohls/Capital One, Kohls Credit, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14785775 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 13 2021 23:13:00 | MIDLAND FUNDING LLC, PO BOX 2011, Warren MI 48090-2011 |
| 14766809 | | Email/Text: NCI_bankonotify@ncirm.com | Aug 13 2021 23:13:00 | Nationwide Credit , Inc., PO Box 10354, Des Moines, IA 50306-0354 |
| 14826098 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 13 2021 23:13:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 14766812 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 13 2021 23:13:00 | Pnc Bank, PO Box 5570, Cleveland, OH 44101-0570 |
| 14766813 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 13 2021 23:26:39 | Portfolio Recovery, Po Box 41067, Norfolk, VA 23541 |
| 14778283 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 13 2021 23:26:46 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14768176 | + | Email/PDF: rmscedi@recoverycorp.com | Aug 13 2021 23:26:46 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14766816 | + | Email/Text: bankruptcydepartment@tsico.com | Aug 13 2021 23:13:00 | Transworld Sys Inc/51, RE: Heritage Valley Emergency Ph, Po Box 15618, Wilmington, DE 19850-5618 |
| 14802555 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Aug 13 2021 23:26:47 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14766820 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Aug 13 2021 23:13:00 | Verizon, Attn: Wireless Bankrupty Admin, 500 Technology Dr Ste 500, Weldon Springs, MO 63304-2225 |

TOTAL: 22

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC Bank National Association |
| 14766814 | | Sto-Rox School District |

Case 18-20338-GLT    Doc 108    Filed 08/15/21    Entered 08/16/21 00:34:25    Desc
Imaged Certificate of Notice    Page 4 of 4

| District/off: 0315-2 | User: dpas | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 13, 2021 | Form ID: pdf900 | Total Noticed: 55 |

| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
|---|---|---|
| cr | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |

TOTAL: 2 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2021          Signature:          /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC Bank National Association bnicholas@kmllawgroup.com |
| Bryan P. Keenan | on behalf of Debtor William Bonchak Jr. keenan662@gmail.com, melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com cnoroski@grblaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Maria Miksich | on behalf of Creditor PNC Bank National Association mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com |
| Thomas Song | on behalf of Creditor PNC Bank National Association pawb@fedphe.com |
| Thomas Song | on behalf of Creditor PNC BANK N.A. pawb@fedphe.com |

TOTAL: 10