**Fill in this information to identify the case:**

Debtor 1    William Bonchak, Jr.

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Western District of Pennsylvania

Case Number    18-20338 GLT

Official Form 410S1
# Notice of Mortgage Payment Change    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of Creditor**: PNC Bank, N.A.

**Court claim no.** (if known): 19

**Last four digits** of any number you use to identify the debtor's account: 2466

**Date of payment change:**
Must be at least 21 days after date of this notice    10/ 25/2019

**New total payment:**    $148.90
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   ☒ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law.
       Describe the basis for the change. If a statement is not attached, explain why:_____

   Current escrow payment: $_____    New escrow payment: $_____

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment based on an adjustment to the interest rate in the debtor's variable-rate note?**
   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:_____

   Current interest rate:    New interest rate:
   Current principal and interest payment:    New principal and interest payment:

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
   ☐ No
   ☒ Yes. Attach a copy of any documents describing the basis for the change, such as repayment plan or loan modification agreement. *(Court approval may be required before the payment change can take effect.)*

   Reason for change:    Interest

   **Current mortgage payment:** $154.33    **New mortgage payment**: $148.90

Official Form 410S1    **Notice of Mortgage Payment Change**    page 1

Debtor 1   William Bonchak, Jr.
          First Name    Middle Name    Last Name

Case number (if known) 18-20338

## Part 3:  Sign Here

**The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number.**

*Check the appropriate box.*

☒ I am the creditor.

. ☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

**X** /s/ ERIN CARLSON
       Signature

Date   10 / 01 / 2019

Print:   ERIN CARLSON

Title:   Support Specialist

Company   PNC Bank, National Association

Address:   P.O. Box 94982
          Number    Street

          Cleveland, OH 44101-0570
          City    State    ZIP Code

Contact Phone: 1-800-642-6323 Ext. 62409

Email:

Official Form 410S1                **Notice of Mortgage Payment Change**                page 2